IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURIE GRANT<br>              **Plaintiff,**<br>v.<br>MONTGOMERY COUNTY<br>COMMUNITY COLLEGE<br>              **Defendant.** | CIVIL ACTION NO. 20-5694 |

### ORDER

**AND NOW**, this 22nd day of February 2023, upon consideration of Defendant Montgomery County Community College's Motion for Summary Judgment [Doc. No. 43], and for the reasons stated in in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      /s/ Cynthia M. Rufe
                                                      **CYNTHIA M. RUFE, J.**